SEPTEMBER 15, 1994

No. 94–6046 (A–192). GUTIERREZ v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUS-

TICE GINSBURG would grant the application for stay of execution. JUSTICE BREYER took no part in the consideration or decision of this application and this petition.